# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

REGINALD BOSWELL
SSAN: XXX-XX-6571

MARLENA BRYANT
SSAN: XXX-XX-2758

Debtor(s)

Case No. 16-32096-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 04, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held September 20, 2016.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

    Creditor: US DEPARTMENT OF HUD
    Trustee's Claim Number: 24
    Account Number: 0472 MTG NO PROV
    Claim Amount: $4,268.17
    Court Claim Number: 1
    Claim Filed As: SECURED MORTGAGE DEBTS

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 18, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 18, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>         JOSHUA C MILAM | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Acting Chapter 13 Trustee |